# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH JONES, JR.

NO. 2021 KW 1091

**OCTOBER 26, 2022**

---

In Re:     Isiah Jones, Jr., applying for supervisory writs, 18th
           Judicial District Court, Parish of Iberville, No.
           2083-88.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **STAY LIFTED. WRIT DENIED.** The jury unanimity rule set
forth in **Ramos v. Louisiana,** __ U.S.__, 140 S.Ct. 1390, 206
L.Ed.2d 583 (2020) does not apply retroactively in Louisiana.
**State v. Reddick,** 2021-01893 (La. 10/21/22), __ So.3d __.

**GH**
**WRC**

   **Guidry, J.,** concurs. As a judge of an intermediate
appellate court of this state, I am constrained to concur in the
denial of retroactive application of **Ramos v. Louisiana,** __ U.S.
140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), in accordance with the
recent majority decision of the Louisiana Supreme Court in **State
v. Reddick,** 2021-01893 (La. 10/21/22), __ So.3d __. However, I
write separately to express my disagreement with upholding
unconstitutional non-unanimous convictions on collateral review
and to express my disappointment in this state's failure to
correct the lingering legacy of discrimination and injustice
embodied in such convictions for the more detailed reasons
expressed by Justice Griffin in her dissenting opinion to the
**Reddick** decision.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT